

# ꬰourth Court of Appeals
## San Antonio, Texas

January 26, 2017

No. 04-15-00596-CR & No. 04-16-00081-CR

IN RE Patrick MONTGOMERY[1]

## SANCTIONS ORDER

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, JUSTICE CHAPA,
AND JUSTICE RIOS

This is a contempt proceeding ancillary to appeal numbers 04-15-00596-CR, *Isidro Espinosa Solis v. The State of Texas*, and 04-16-00081-CR, *Ricardo Martinez, Jr. v. The State of Texas*, currently pending in this court.

Appeal number 04-15-00596-CR

Appeal number 04-15-00596-CR, *Solis v. State*, was filed in September 2015. In July 2016, appellant's retained attorney was disbarred. At that time, the record was complete and appellant's brief was past due. On August 9, 2016, the trial court appointed Patrick Montgomery to represent appellant in the appeal. On August 23, this court ordered appellant's brief due September 22, 2016. When neither the brief nor a motion for extension of time to file the brief was filed by the due date, the Clerk of this court sent Mr. Montgomery a letter pursuant to Texas Rule of Appellate Procedure 38.8(b)(2). The letter required a written response from Mr. Montgomery by October 7, 2016, and advised that if an adequate response were not timely filed, the appeal would be abated for an abandonment hearing.

Mr. Montgomery did not respond to the Clerk's letter. Accordingly, on October 13. 2016. this court abated the appeal and ordered the trial court to conduct a hearing and determine whether Solis desired to continue prosecuting the appeal and whether counsel had abandoned the appeal. At the hearing held October 28, 2016, Mr. Montgomery told the trial court the brief would be filed by November 14. The trial court found Mr. Montgomery had not abandoned the

---

[1]Ancillary to appeal number 04-15-00596-CR, *Isidro Espinosa Solis v. The State of Texas*, appealed from the 175th Judicial District Court, Bexar County, Texas, Trial Court Cause No. 2014CR2691, and appeal number 04-16-00081-CR, *Ricardo Martinez, Jr. v. The State of Texas*, appealed from the 186th Judicial District Court, Bexar County, Texas, Trial Court Cause No. 2013CR6697.

appeal and that he would file appellant's brief by November 14, 2016. We reinstated the appeal and ordered the brief due November 15, 2016.

Mr. Montgomery did not file either a brief or a motion for extension of time by the date ordered. On November 29, 2016, after a telephone call from the office of the Clerk of the Fourth Court of Appeals, Mr. Montgomery filed a motion for extension of time, requesting ten days from the date of the motion to file the brief. This court granted the motion in an order dated December 2, 2016. The order stated in part:

> We **order** Pat Montgomery to file appellant's brief **by December 9, 2016.** If counsel fails to file the brief by the date ordered, we may order him to appear before this court to show cause why he should not be held in contempt for failing to comply with the court's order.

The December 2, 2016 order was sent to Mr. Montgomery by e-mail. Mr. Montgomery did not file appellant's brief or any other response to our December 2, 2016 order.

Therefore, on December 19, 2016, the court issued an order requiring Mr. Montgomery to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on January 25, 2017, at 2:00 p.m. to show cause "why he should not be held in criminal contempt and civil contempt of this court or otherwise sanctioned for violating this court's December 2, 2016 order by failing to file appellant's brief by December 9, 2016." The show cause order advised Mr. Montgomery that he has the right to be represented by counsel at the hearing and that the proceedings would be recorded by a certified court reporter. The court's order and precept were personally served on Mr. Montgomery by a Bexar County Deputy Sheriff on January 6, 2017, and the return has been filed in this court. Mr. Montgomery has not filed a brief in appeal number 04-15-00596-CR.

Appeal number 04-16-00081-CR

Appeal number 04-16-00081-CR was filed on February 17, 2016. Appellant's brief was due on August 26, 2016. Appellant's attorney, Patrick Montgomery, did not file the brief or a motion for extension of time. This court issued a notice of late brief on September 7, 2016, granting an extension to September 19, 2016. Mr. Montgomery still did not file appellant's brief. On September 26, 2016, this court ordered Patrick Montgomery to file appellant's brief on or before September 30, 2016, and cautioned that if he failed to do so, the court would abate the appeal for an abandonment hearing and contempt proceedings would also be initiated against him. *See* Tex. R. App. P. 38.8(b)(2),(4). The brief was not filed.

Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), on October 11, 2016, this court abated the appeal and ordered the trial court to hold an abandonment hearing. On November 8, 2016, this court received a supplemental clerk's record that included the trial court's findings of fact and conclusions of law. The trial court found appellant desires to pursue the appeal, appellant is indigent, and Mr. Montgomery has not abandoned this appeal.

On December 2, 2016, this court reinstated the appeal and ordered "Patrick Montgomery to file appellant's brief on or before December 28, 2016." The order advised Mr. Montgomery that no further extension would be granted and that if he failed to timely file appellant's brief,

this court would order him to personally appear to show cause why he should not be held in contempt of court. Mr. Montgomery failed to comply with this court's December 2, 2016 order.

Therefore, on January 5, 2017, the court issued an order requiring Mr. Montgomery to appear in the courtroom at the Fourth Court of Appeals, 300 Dolorosa, Suite 3200, San Antonio, Texas, on January 25, 2017, at 2:00 p.m "to show cause why he should not be held in contempt of this court or otherwise be sanctioned for violating this Court's orders" by failing to file appellant's brief by December 28, 2016. The show cause order advised Mr. Montgomery that he has the right to be represented by counsel at the hearing and that the proceedings would be recorded by a certified court reporter. The court's order and precept were personally served on Mr. Montgomery by a Bexar County Deputy Sheriff on January 6, 2017, and the return has been filed in this court. Mr. Montgomery filed the appellant's brief in appeal number 04-16-00081-CR on January 24, 2017.

Hearing

On January 25, 2017, Patrick Montgomery personally appeared before this court to show cause why he should not be held in contempt of court or sanctioned. The court admonished Mr. Montgomery of his right to counsel and he knowingly, voluntarily, and intelligently waived his right to assistance of counsel. The court further admonished Mr. Montgomery that he had the right to present evidence and argument on his own behalf and that he had the right not to incriminate himself. The proceedings were recorded by certified court reporter Tracy Plummer.

The court took judicial notice of its files in appeal numbers 04-15-00596-CR and 04-16-00081-CR and admitted into evidence, without objection, two affidavits signed by Luz Estrada, Chief Deputy Clerk of the Fourth Court of Appeals. The court determined that Patrick Montgomery failed to comply with this court's December 2, 2016 order in each appeal. The court gave Mr. Montgomery an opportunity to present evidence and argument.

Mr. Montgomery acknowledged he received the court's December 2, 2016 order in each of these appeals, that the orders were clear, that he understood his obligation to file the appellant's briefs by the deadlines stated in the orders, and that he failed to comply with the orders. Mr. Montgomery offered explanations for his failure to obey the court's orders.

Findings and Orders

After deliberating, the court finds that its December 2, 2016 order in appeal number 04-15-00596-CR was clear, specific, and unambiguous, that Patrick Montgomery had knowledge of the order, and that he failed to comply with the order. The court further finds that its December 2, 2016 order in appeal number 04-16-00081-CR was clear, specific, and unambiguous, that Patrick Montgomery had knowledge of the order, and that he failed to comply with the order. However, we decline to hold Patrick Montgomery in contempt, and instead conclude he should be sanctioned for his violation of this court's orders.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Patrick Montgomery is NOT GUILTY of contempt.

It is further ORDERED, pursuant to the court's inherent power, that Patrick Montgomery be and hereby is removed as appointed counsel for appellant in each of the following appeals currently pending in this court:

Appeal No. 04-15-00596-CR, *Isidro Espinosa Solis v. The State of Texas*,
Appeal No. 04-16-00563-CR, *Jon Eric Adam Andrade v. The State of Texas*, and
Appeal No. 04-16-00622-CR, *Antonio Torres v. The State of Texas*.

It is further ORDERED, pursuant to the court's inherent power, that Patrick Montgomery not accept any new representation, either by appointment, for fee, or pro bono, of any client in any appellate matter within the jurisdiction of this court of appeals from the date of this order through January 24, 2018.

IT IS FURTHER ORDERED that the Clerk of the Court shall send a copy of this judgment to the Bexar County Criminal District Court Coordinator together with a request to remove the name of Patrick Montgomery from the list of attorneys eligible for court-appointments in appellate cases for a period of one year.

IT IS FURTHER ORDERED that Patrick Montgomery shall pay all costs of this proceeding to the Clerk of the Court of Appeals, Fourth Court of Appeals District of Texas no later than February 28, 2017.

IT IS FURTHER ORDERED that all writs and other process necessary for the enforcement of this judgment be issued.

SIGNED this 26th day of January 2017.

Sandee Bryan Marion, Chief Justice

Karen Angelini, Justice

Luz Elena D. Chapa, Justice

Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said court on this 26th day of January, 2017.



Keith E. Hottle, Clerk